IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HOLDER INSURANCE AGENCY, INC.,

      Appellant,

                          Case No.  5D22-2189
v.                          LT Case No. 2022-CA-614

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., HEALTH OPTIONS, INC.,
AND FLORIDA COMBINED LIFE INSURANCE,
INC.,

      Appellees.
_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Marion County,
Gary L. Sanders, Judge.

Michael J. Pugh, of Pugh Law
Office, P.A., Orlando, for Appellant.

Tim J. Conner, and Michael B. Decembrino,
Jr., of Holland & Knight LLP, Jacksonville, for
Appellees.

PER CURIAM.

      AFFIRMED.

EISNAUGLE, KILBANE and MACIVER, JJ., concur.